**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER G. WILLIAMS, individually and on behalf of all others similarly situated, *Plaintiff,* v. NAVMAR APPLIED SCIENCES CORPORATION, *Defendant.* | CIVIL ACTION NO. 16-4639 |

## ORDER

**AND NOW**, this 9th day of August, 2017, upon consideration of Plaintiff's Fee Petition, (ECF No. 15), the Defendant's Response, (ECF No. 16), Plaintiff's Reply, (ECF No. 18), and after holding oral argument on July 20, 2017, (ECF No. 21), it is

**ORDERED** that the Petition is **GRANTED in part** and **DENIED in part** consistent with the accompanying Memorandum. The parties **SHALL FILE** a joint motion for the approval of settlement on or before **August 15, 2017**.[5]

BY THE COURT:

**/s/ Gerald J. Pappert**
GERALD J. PAPPERT, J.

---

[5] In preparing their joint settlement proposal, the parties should consult the Court's previous decisions in *Rubbo v. PeopleScout, Inc.*, No. 16-4903, 2017 WL 2010311 (E.D. Pa. May 11, 2017) and *Nwogwugwu v. Spring Meadows at Lansdale, Inc.*, No. 16-2663, 2017 WL 2215264 (E.D. Pa. May, 18, 2017).